**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

In re:

Division 16 Electric, LLC,

Debtor.

Chapter 7 Case
Bankruptcy No. 26-41322

---

**ORDER**

---

This case is before the court on a Notice of Proposed Settlement dated June 9, 2026, docket no. 19, between the Trustee and debtor. Based on the record and there being no objection,

IT IS ORDERED: The settlement is approved.

Date: *August 14, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge